NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**REGAL BELOIT AMERICA, INC., ALAN H. NORMAN, DAVID B. JINKINS,**
*Appellants*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**EAST WEST MANUFACTURING, LLC, EAST WEST INDUSTRIES,**
*Intervenors*

---

2022-1796, 2022-2033

---

Appeals from the United States International Trade Commission in Investigation No. 337-TA-1217.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceedings are DISMISSED under Fed. R. App. P. 42 (b).

2                                    REGAL BELOIT AMERICA, INC. v. ITC

(2)  Each side shall bear their own costs.


                                        FOR THE COURT

December 19, 2022
         Date                           /s/ Peter R. Marksteiner
                                        Peter R. Marksteiner
                                        Clerk of Court


**ISSUED AS A MANDATE:** December 19, 2022